UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
VICTOR CRUZ RAMIREZ, *individually and on behalf* :
*of others similarly situated*,, :
:
Plaintiff, :
:
-v-                                                    :        25 Civ. 4816 (JPC)
:
MASSAWA RESTAURANT CORP. d/b/a/ MASSAWA :                       ORDER
and CAFÉ MASSAWA, ALMAZ GHEBREZGABHER, :
and RAHEL TEKEST, :
:
Defendants. :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On June 11, 2025, Plaintiff served Defendants with copies of the Summons and Complaint. Dkt. 5. Defendant's deadline to respond to the Complaint was therefore July 2, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendants. Accordingly, the Court extends *sua sponte* Defendants' deadline to respond to the Complaint until July 15, 2025.

SO ORDERED.

Dated: July 8, 2025
New York, New York                              _____
                                                JOHN P. CRONAN
                                                United States District Judge