UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                :

VICTOR CRUZ RAMIREZ, *individually and on behalf*  :
*of others similarly situated*,                 :

                                :

                   Plaintiff,       :

                                :

       -v-                   :         25 Civ. 4816 (JPC)

                                :

MASSAWA RESTAURANT CORP. d/b/a/ MASSAWA, :     ORDER
*et al.*,                     :

                                :

                 Defendants.    :

                                :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     As discussed at the conference held earlier today, the Court extends Plaintiff's deadline to serve Defendant Massawa Foods LLC until January 5, 2026. *See Zapata v. City of New York*, 502 F.3d 192, 196 (2d Cir. 2007). The Court also grants Plaintiff leave to file a Second Amended Complaint, which must be filed by January 5, 2026. Defendants' motion to dismiss the Amended Complaint is denied without prejudice to refiling after Plaintiff files his Second Amended Complaint. By January 19, 2026, Defendants shall file an answer or a pre-motion letter in connection with an anticipated motion to dismiss in accordance with this Court's Individual Civil Rule 6.A. Finally, both parties must submit a status update one week after the conclusion of mediation.

     The Clerk of Court is respectfully directed to close Docket Numbers 33, 34, and 36.

     SO ORDERED.

Dated: December 2, 2025
      New York, New York                                           
                                        JOHN P. CRONAN
                                 United States District Judge